USDS SDNY
DOCUMENT
ELECTRONICALLY FI[LED]
DOC #: _____
DATE FILED: 12/27/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
OSTROLENK FABER LLP             :
                                :   Civil Action
                   Plaintiff,   :
                                :   No. 12-CV-03991 (HB/HBP)
         v.                     :
                                :
UNIGENE LABORATORIES, INC., and :   STIPULATION OF DISMISSAL
UNIGENE PATENT PROPERTIES       :   WITH PREJUDICE PURSUANT TO
NOS. 1 THROUGH 120,             :   RULE 41(a)(ii)
                                :
                   Defendants.  :
                                :
------------------------------------x

Defendants Unigene Laboratories, Inc. and Unigene Patent Properties Nos. 1 through 120 and plaintiff Ostrolenk Faber LLP, by their respective undersigned counsel, hereby stipulate and agree to the dismissal, with prejudice, of all pending claims and counterclaims asserted in plaintiff's Amended Complaint and defendants' Counterclaims.

KLEHR HARRISON HARVEY                    OSTROLENK FABER LLP
BRANZBURG LLP

_____        _____
[signature]                              Max Moskowitz, Esq.
Jonathan J. Borger, Esq. (MB 7898)       Stephen J. Quigley, Esq.
Ira X. [illegible], Esq. (Admitted Pro Hac Vice)   1180 Avenue of the Americas
1835 Market Street, Suite 1400           New York, NY 10036
Philadelphia, PA 19103                   212-382-0700 (tel.)
215-569-2700 (tel.)                      215-382-0888 (fax)
215-568-6603 (fax)

Attorneys for Defendants                 Attorneys for Plaintiff
and Counterclaimants                     and Counterclaim Defendant

Dated: December 21, 2012                 Dated: December 21, 2012

             Dated: December 26, 2012    SO ORDERED:

                                         _____
                                         Hon. Harold Baer, Jr.
                                         United States District Judge

The Clerk is instructed to close this case and remove it from my docket.

SO ORDERED:
_____
Hon. Harold Baer, Jr., U.S.D.J.
Date: 12/26/12

PHIL1 2201582-2